

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212)637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
KIM WILKINSON,                      :
                                    :
                   Plaintiff,       :
                                    :
         - v. -                     :       STIPULATION AND ORDER
                                    :           OF REMAND
MICHAEL J. ASTRUE,                  :        07 Civ. 11321 (GBD)
Commissioner of                     :
Social Security,                    :
                                    :
                   Defendant.       :
- - - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that

this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.  The Clerk is directed

to enter judgment.  See <u>Shalala v. Schaefer</u>,509 U.S. 292 (1993).

Dated:  New York, New York
        June 9, 2008

KIM WILKINSON
Plaintiff <u>Pro</u> <u>Se</u>
530 Olmstead Avenue
Apt. #17G
Bronx, New York 10473
Telephone No: (718) 824-4018

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

United States District Judge
HON. GEORGE B. DANIELS